UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRANDON MARTINEZ,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civil No. 1:26-cv-07268-EPG

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

(ECF No. 8)

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from November 9, 2026, to December 9, 2026, for the Commissioner to answer Plaintiff's complaint, with all other case deadlines extended accordingly.

This is the Commissioner's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Pursuant to Rule 4 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Commissioner will answer Plaintiff's complaint by filing a certified copy of the administrative record. However, due to staffing reductions, organizational changes, and technical issues affecting the processing of electronic certified administrative records (eCARs), the eCAR in the instant case will not be ready by the due date. The Commissioner therefore respectfully requests an extension until December 9, 2026, to file the eCAR in the instant case, with all other case deadlines extended accordingly.

Respectfully submitted,

Dated: November 9, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides**

FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Nov. 9, 2026]

Dated: November 9, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Margaret Branick-Abilla*

MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's answer shall be due on December 9, 2026, with all other case deadlines extended accordingly.

**IT IS SO ORDERED.**

**DATED: November 9, 2026**

/s/ Erica P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**